**DISMISS; Opinion issued February 6, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00656-CV

**DONALD MCCORQUODALE & INNESS MCLEOD, Appellants**

**V.**

**SERVICE TEMPS, INC. D/B/A SMITH PERSONNEL SOLUTION, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-16304**

### MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Bridges

By letter dated May 17, 2012, we notified appellants the $175 filing fee in this case was due. We cautioned appellants that failure to file the fee within ten days would result in dismissal of the appeal. By letter dated July 23, 2012, we informed appellants that the Dallas County Clerk's Office had notified us that the clerk's record had not been filed in this case because appellants had not paid the clerk's fee for the record. We directed appellants to, within ten days, file verification of payment or written documentation that appellants are entitled to proceed without payment of costs. We cautioned appellants that failure to file the required documentation might result in dismissal of the appeal for want of prosecution. To date, appellants have not paid the filing fee, provided verification that they have paid for the clerk's

record, provided written documentation that they are entitled to proceed without payment of costs, or otherwise corresponded with the Court regarding the status of this appeal.

Therefore, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b),(c).

      /David L. Bridges/
DAVID L. BRIDGES
JUSTICE

120656F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONALD MCCORQUODALE & INNESS
MCLEOD, Appellants

No. 05-12-00656-CV          V.

SERVICE TEMPS, INC. D/B/A SMITH
PERSONNEL SOLUTION, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-16304.
Opinion delivered by Justice Bridges.
Justices O'Neill and Murphy participating.

 

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SERVICE TEMPS, INC, D/B/A SMITH PERSONNEL
SOLUTION recover its costs of this appeal from appellants DONALD MCCORQUODALE and
INNESS MCLEOD.

Judgment entered February 6, 2013.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE